1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Tara Lynn Manus

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE PETER C. LEWIS)**

11 UNITED STATES OF AMERICA,        )   Case No. 08MJ8235-01
                                    )
12        Plaintiff,                )
                                    )
13 v.                               )   **CERTIFICATE OF SERVICE**
                                    )
14 TARA LYNN MANUS,                 )
                                    )
15        Defendant.                )
   _____  )

17    Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                  Marc Bruce Geller
                    marcbgeller@aol.com; and

19
                    U.S. Attorney CR
20                  Efile.dkt.gc2@usdoj.gov

21                              Respectfully submitted,

23 DATED:    March 19, 2008         /s/ Elizabeth M. Barros
                                    **ELIZABETH M. BARROS**
24                                  Federal Defenders of San Diego, Inc.
                                    Attorneys for Tara Lynn Manus